# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

LaRhonda Faye Green,

    Debtor.

Case No. 16−32396
Chapter 13

## ORDER OF DISMISSAL

    A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to L.B.R. 1017−1, Bankr. M.D. Ala. or L.B.R. 1006−1, Bankr. M.D. Ala. The deficiencies listed on the notice of dismissal have not been cured nor has a response been filed. It is therefore,

    **ORDERED** that this case is **DISMISSED**.

    All pending motions and objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee. Any unpaid filing fees remain due and payable to the clerk of court. Failure to pay the filing fee may result in additional collection proceedings.

Dated October 11, 2017

*/s/ Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge

In re:                                                                  Case No. 16-32396-DHW
LaRhonda Faye Green                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2       User: kcopeland       Page 1 of 1       Date Rcvd: Oct 11, 2017
                       Form ID: odsmneg       Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2017.

```
db             +LaRhonda Faye Green,    927 Queensbury Drive,    Montgomery, AL 36116-3550
3601615        +BAPTIST HEALTH,    C/O CHAMBLESS & MATH,    P O BOX 230759,    Montgomery, AL 36123-0759
3601616        +Baptist Womens Breast Center,    6880 Winton Blount Blvd,    Montgomery, AL 36117-3506
3686783        +Compass Bank,,    ADS as Agent,    P.O. Box 4138,    Houston, TX 77210-4138
3601612         EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3601614         EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3601618         Great Lakes,    P O Box 530229,    Atlanta, GA 30353-0229
3601613         TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19022-2000
3601619         US DEPARTMENT OF EDUCATION,    PO BOX 7860,    Madison, WI 53707-7860
3627735         US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3620762        +E-mail/Text: G2APCBANK@southernco.com Oct 11 2017 21:17:16      ALABAMA POWER COMPANY,
                 600 NORTH 18TH STREET, BOX 17N-0043,    BIRMINGHAM, AL 35203-2200
3601617         E-mail/Text: defaultspecialty.us@bbva.com Oct 11 2017 21:17:28      BBVA Compass,
                 P.O. Box 11830,    Birmingham, AL 35202-1830
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2017 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum   on behalf of Debtor LaRhonda Faye Green    rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                              TOTAL: 3
```